IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MERCY-NORA OSEI, | |
| Plaintiff, | |
| v. | Case No.: 1:25-cv-00886-RDA-WEF |
| BURTALOO, LLC, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Mercy-Nora Osei and Defendant Burtaloo, LLC jointly stipulate to Plaintiff's dismissal of her claims against Defendant and this action in its entirety, with prejudice, each side to bear its own costs and fees.

Dated: October 29, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph E. Schuler | /s/ Joshua Erlich |
| Joseph E. Schuler (VA Bar No. 73997) | Joshua Erlich (VA Bar No. 81298) |
| JACKSON LEWIS P.C. | Katherine L. Herrmann (VA Bar No. 83203) |
| 11790 Sunrise Valley Drive | THE ERLICH LAW OFFICE, PLLC |
| Suite 400 | 1550 Wilson Boulevard, Suite 700 |
| Reston, VA 20191 | Arlington, VA 22209 |
| Telephone: (703) 483-8300 | Telephone: (703) 791-9087 |
| Fax: (703) 483-8301 | Fax: (703) 722-8114 |
| joseph.schuler@jacksonlewis.com | jerlich@erlichlawoffice.com |
| | kherrmann@erlichlawoffice.com |
| *Counsel for Defendant Burtloo, LLC* | *Counsel for Plaintiff Mercy-Nora Osei* |
| | *Signed by Joseph E. Schuler with permission* |